480

Jerald D. DENNY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67397.

Missouri Court of Appeals,
Western District.

June 19, 2007.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Mr. Jerald D. Denny appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Ervin TURNER, Appellant.

No. WD 67246.

Missouri Court of Appeals,
Western District.

June 19, 2007.

Irene C. Karns, Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for respondent, Dora A. Fichter, Asst. Attorney General, joins on the briefs for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Ervin Turner appeals his jury convictions for two counts of first-degree child molestation, for which he was sentenced to two five-year prison terms. Turner says the trial court plainly erred in allowing the State to solicit testimony to show his bad character.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).